.LYDIA VAN SICKELL, PLAINTIFF IN ERROR, v. PETER J. STAATS ET AL., DEFENDANTS IN ERROR.      .

On error to the Supreme Court.

For the plaintiff in error, *Theodore B. Booraem.*

.For the defendants in error, *Alan H. Strong.*

PER CURIAM.

The judgment of the Supreme Court is affirmed, for the reasons duly given by that court.

*For affirmance*—THE CHANCELLOR, DIXON, GARRISON, MAGIE, REED, VAN SYCKEL, BROWN, CLEMENT, COLE, SMITH, WHITAKER.    11.

*For reversal*—None.